No. ——. ENNIS ET AL. *v.* EVANS ET AL. The application for a stay of the execution and enforcement of the judgments of the United States Court of Appeals for the Third Circuit presented to MR. JUSTICE BRENNAN, and by

him referred to the Court, is denied. *Januar D. Bove, Jr.,* Attorney General of Delaware, and *James M. Tunnell, Jr.* for applicants.